Darrell E. Davis - #011442
Christopher T. Curran - #032583
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone:   (480) 684-1100
Facsimile:   (480) 684-1199
Email:         ddavis@clarkhill.com
                   ccurran@clarkhill.com

*Attorneys for Defendant MCVT Motors, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dee F. Baginski,<br><br>     Plaintiff,<br><br>v.<br><br>MCVT Motors, LLC, doing business as Camelback Ford Lincoln Mercury,<br><br>     Defendant. | Case No.: 2:17-cv-04507-JAT<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Defendant MCVT Motors, LLC dba Camelback Ford Lincoln ("Defendant"), together with Plaintiff Dee F. Baginski ("Plaintiff") have agreed to settle this action.  Accordingly, the Parties respectfully request the Court continue all hearings presently scheduled before the Court and stay all other matters in this action, including the time to respond to discovery, for a period of sixty (60) days while the Parties negotiate and finalize settlement documents.  A proposed order is filed concurrently herewith.

Dated this 13th day of April, 2018.

**CLARK HILL PLC**

By: *s/ Darrell E. Davis*
     Darrell E. Davis
     Christopher T. Curran
     *Attorneys for Defendant MCVT Motors, LLC*

1

1  **BYBEE LAW CENTER, PLC**

2  By: ___*s/ Floyd W. Bybee (with permission)*___
3        Floyd W. Bybee
      *Attorney for Plaintiff*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

219533888.1 31937/324564

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Floyd W. Bybee<br>
**BYBEE LAW CENTER, PLC**<br>
90 S. Kyrene Rd., Ste. 5<br>
Chandler, AZ 85226<br>
Floyd@bybeelaw.com<br>
*Attorney for Plaintiff*

By: *s/ Kristi A. Hofstetter*

219533888.1 31937/324564